UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN CORNELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAKKASAN HOLDINGS LLC, a Nevada Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02143-JCM-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

　　　　Plaintiff BRYAN CORNELL ("Plaintiff") and Defendant HAKKASAN HOLDINGS LLC ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 24, 2020, up to and including **January 7, 2021**.

　　　　Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /


/ / /

This is the first request for an extension of time to respond to the Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 18, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Michael P. Balaban | /s/ Amy L. Thompson |
| MICHAEL P. BALABAN, ESQ.<br>LAW OFFICES OF MICHAEL P. BALABAN | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| *Attorney for Plaintiff*<br>BRYAN CORNELL | *Attorneys for Defendant*<br>HAKKASAN HOLDINGS LLC |

**ORDER**

**IT IS SO ORDERED.**

DATED: December 18, 2020.

**UNITED STATES MAGISTRATE JUDGE**

2.